1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

      Plaintiff,

  v.

JAY C. MCILRATH in his individual and representative capacity as Trustee-- The Mcilrath Family 2002 Trust; et al.,

      Defendants.

Case: 2:15-CV-00180-MCE-DAD

**ORDER**

     Pursuant to Plaintiff's request, Defendant Mary J. Mcilrath is hereby ordered dismissed without prejudice.

     IT IS SO ORDERED.

Dated:  June 30, 2015

_____

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1