MARK A. THIEL, SBN. 182045
LAW OFFICES OF MARK A. THIEL
3439 Brookside Road, Suite 205
Stockton, Ca 95207
ph: 209-951-9600
fax: 209-475-4951

Attorney for Defendant
JAY C. MCILRATH, TRUSTEE OF THE
MCILRATH 2002 FAMILY TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Case No. 2:15-cv-0180 MCE CKD (TEMP)

SCOTT JOHNSON

    Plaintiff,

vs.

JAY C. MCILRATH, et al.

    Defendant.
_____/

STIPULATION FOR
CONTINUANCE
OF SETTLEMENT
CONFERENCE

    **IT IS HEREBY STIPULATED** by and between Defendant, through his attorney of record, MARK A. THIEL, Law Offices of Mark A. Thiel and Plaintiff's counsel, MARK POTTER, Center for Disability Access, that the Settlement Conference presently set for January 28, 2016 at 1:00 p.m., be continued to April 21, 2016 at 10:00 a.m., of the United States District Court, Eastern District.

1

SO STIPULATED.

DATED: 1/20/16                                 LAW OFFICES OF MARK A. THIEL

By _____
MARK A. THIEL
Attorney for Defendant

DATED: 1/21/16                                 CENTER FOR DISABILITY ACCESS

By   /s/ Phyl Grace
_____
MARK POTTER
PHYL GRACE
Attorneys for Plaintiff

### ORDER

**IT IS HEREBY ORDERED** that the Settlement Conference presently set for January 28, 2016 at 1:00 p.m., be continued to April 21, 2016 at 10:00 a.m., of the United States District Court, Eastern District.

DATED: January 21, 2016

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE